# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Energizer Brands II, LLC<br><br>                              **Plaintiff,**<br>                V.<br>Serious Scents, Inc. et al<br><br>                             **Defendant.** | Case No. 18-cv-00656-CAB-MDD<br><br>**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE** |

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low-Numbered Case No.:    17-cv-00863-BTM-MDD

      Title:    Nasser et al v. Julius Samann LTD et al

      Nature of Case:    840 Trademark

FILED APR 11 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☐ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☒ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☐ | (6) | for other reasons would entail unnecessay duplication of labor if heard by different judges. |

**New Case #:**    **18-cv-00656-BTM-MDD**

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

                                                                                        **John Morrill**, Clerk of Court,

Dated:       4/2/18                           By:    s/ J. Gutierrez

                                                                                             J. Gutierrez, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:    4/11/18

                                                                  Barry Ted Moskowitz<br>
                                                                United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Barry Ted Moskowitz and Magistrate Judge Mitchell D. Dembin for all further proceedings.

Dated:    4/11/18

                                                                Cathy Ann Bencivengo<br>
                                                                United States District Judge