UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGIZER BRANDS II LLC,<br><br>  Plaintiff,<br><br>v.<br><br>IBRAHIM NASSER, an individual, SERIOUS SCENTS, INC,<br><br>  Defendants. | Case No.:  3:18-cv-656-BTM-MDD<br><br>**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS**<br><br>**[ECF Nos. 21, 24]** |

Pending before the Court are Defendants Ibrahim Nasser and Serious Scents, Inc's Motions to Dismiss Plaintiff Energizer Brands II, LLC's Complaint for lack of subject matter jurisdiction and lack of personal jurisdiction. (ECF Nos. 21, 24).  For the reasons set forth below, the Motions are denied.

First, the Motion to Dismiss for lack of subject matter jurisdiction is denied because the cause of action, a trademark dispute, presents a federal question. *See* 28 U.S.C. § 1338(a) ("The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to patents, plant variety protection, copyrights and trademarks.").

Second, because this case was transferred to the Southern District of

California, where Defendant Nasser resides and Defendant Serious Scents, Inc., is incorporated, Defendants' Motion to Dismiss for lack of personal jurisdiction is denied as moot. (See ECF No. 25).

IT IS SO ORDERED.

Dated: March 26, 2019

_____
Honorable Barry Ted Moskowitz
United States District Judge