IBRAHIM NASSER
P.O. Box 5626
CHULA VISTA, CA 91912

Plaintiff In *Propria Persona*

FILED
APR 18 2019
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGIZER BRANDS II LLC,<br><br>Plaintiff,<br><br>v.<br><br>IBRAHIM NASSER, AN INDIVIDUAL, AND SERIOUS SCENTS,<br><br>Defendants. | Case No.: 3:18-cv-656-BTM-MDD<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

    Defendants Ibrahim Nasser, an individual, and Serious Scents hereby files this Response to the Court's Order to Show Cause dated pursuant to this Court's March 26, 2019, and, for the reasons stated herein, respectfully requests that the Court not dismiss Serious Scents as a Defendant from this action.

    1. Defendant Nasser has enjoyed success and substantial sales with Serious Scents and Little Grenade air freshener products since 1993.

    2. In 2004 Defendant Nasser turned Serious Scents into a corporation,

RESPONSE TO ORDER TO SHOW CAUSE - 1

with a principal place of business in Chula Vista, California. Serious Scents owned the SERIOUS SCENTS and LITTLE GRENADE trademarks.

3. In 2013, Defendants Nasser and Serious Scents Inc. were brought into litigation by American Covers Inc. In The United States District Court for The District of Utah Central Division whom now owned by Energizer Brands II LLC. American Covers Inc. Litigation went from 10/18/13 until 10/1/14.

4. Serious Scents should not have been brought to court in Utah because Utah does not hold personal jurisdiction over Serious Scents. Serious Scents has no contact with Utah and it would unduly burden Serious Scents from appearing in court in Utah.

5. In 2013 Defendants Nasser and Serious Scents Inc. were brought into litigation by Julius Sämann Ltd. and Car-Freshener Co. who filed a petition for cancellation of Defendants LITTLE GRENADE Trademark Registration Number: 3,508,401. Litigation went from 6/10/13 until 6/16/15.

6. In addition, Julius Sämann Ltd. made a petition for opposition against Defendant's LITTLE GRENADE Trademark Serial Number: 8,564,1084. Litigation went from 5/15/13 until 2/15/17.

7. Due to the costly onslaught of the litigation Defendant Nasser was unable to continue Serious Scents as a corporation. Serious Scents was then officially dissolved in April 19, 2017. Exhibit 1.

RESPONSE TO ORDER TO SHOW CAUSE - 2

8. There is no legal barrier to a suit against a dissolved corporation itself for injury or damage that was caused by the corporation's pre-dissolution activities. *Penasquitos, Inc. v. Superior Court*, 53 Cal. 3d 1180, 1183, 283 Cal. Rptr. 135, 144, 812 P.2d 154, 163 (1991).

9. Here, Defendant Serious Scents is allowed to defend against suit from Plaintiff because issues in the suit occurred before Serious Scents was dissolved as a corporation.

10. Furthermore, Defendant Nasser and Serious Scents are unable to afford an attorney because their funds were depleted during the litigation against Julius Sämann Ltd. and Car-Freshener Co. and American covers Inc.

WHEREFORE, Defendants respectfully request that the Court refrain from dismissing Serious Scents as a Defendant from this action.

Respectfully Submitted,

Dated this 16 of April 2019.

_____
IBRAHIM NASSER
Plaintiff In Propria Persona

RESPONSE TO ORDER TO SHOW CAUSE - 3

Case No.: 3:18-cv-656-BTM-MDD

# Exhibit 1

| Secretary of State<br>**Certificate of Dissolution**<br>(California Stock Corporation ONLY) | DISS STK | D1398622<br><br>FILED<br>Secretary of State<br>State of California<br>APR 19 2017 |
|---|---|---|
| IMPORTANT — Read Instructions before completing this form.<br>There is No Fee for filing a Certificate of Dissolution - Stock<br>Copy Fees – First page $1.00; each attachment page $0.50;<br>Certification Fee - $5.00 plus copy fees | | This Space For Office Use Only |
| **1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.)<br>SERIOUS SCENTS, INC. | | **2. 7-Digit Secretary of State File Number**<br>2603300 |

**3. Election**

☒ The dissolution was made by a vote of ALL of the shareholders of the California corporation.

Note: If the above box is not checked, a Certificate of Election to Wind Up and Dissolve (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only one box may be checked. If second box is checked, must include the required information in an attachment.)

☒ The known debts and liabilities have been actually paid or paid as far as its assets permitted.

☐ The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the attachment to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

☐ The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| 02/02/2017 | /s/ | IBRAHIM NASSER |
|---|---|---|
| Date | Signature | Type or Print Name |
| Date | Signature | Type or Print Name |
| Date | Signature | Type or Print Name |

1