```
KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (CA State Bar No. 157034)
nstagg@kilpatricktownsend.com
12255 El Camino Real, Suite 250
San Diego, CA  92130
Telephone:  (858) 350-6156
Facsimile:   (858) 350-6111

WILLIAM M. BRYNER (*pro hac vice* application forthcoming)
bbryner@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  (336) 607-7482
Facsimile:   (336) 734-2656

JENNIFER FAIRBAIRN DEAL (*pro hac vice* application forthcoming)
jdeal@kilpatricktownsend.com
1100 Peachtree St., Suite 2800
Atlanta, GA 30309
Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555
```

Attorneys for Defendant
ENERGIZER BRANDS II LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGIZER BRANDS II LLC,<br><br>Plaintiff,<br><br>v.<br><br>SERIOUS SCENTS, INC., and IBRAHIM NASSER,<br><br>Defendants. | Case No. 3:18-cv-00656-BTM-MDD<br><br>**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO SHOW CAUSE ORDER** |

On March 26, 2019, the Court issued a Show Cause Order requiring Defendants to show cause "why Serious Scents should not be dismissed because it is not represented by an attorney and/or is a dissolved corporation." ECF No. 33. Defendants filed their response to the Show Cause Order on April 18, 2019. ECF No. 34. Defendants' only response is that Defendants cannot afford counsel—a claim for which Defendants offer no proof.



- 1 -

1   Energizer respectfully submits that (a) Defendant Serious Scents, Inc. has
2  failed to show cause as to why it should be permitted to remain in this action
3  without representation by counsel and (b) Serious Scents, Inc. should be entered into
4  default rather than dismissed from this action, because Serious Scents, Inc. was
5  properly served (ECF No. 13) and has had ample time to obtain representation.

7  DATED: April 29, 2019        Respectfully submitted,

8                               KILPATRICK TOWNSEND & STOCKTON LLP

11  By:  */s/ Nancy L. Stagg*
         NANCY L. STAGG

12  Attorneys for Plaintiff
    ENERGIZER BRANDS II LLC



- 2 -

PLAINTIFF'S REPLY TO DEFENDANTS'
RESPONSE TO SHOW CAUSE ORDER
CASE NO. 18-CV-00656-BTM MDD

## PROOF OF SERVICE

I hereby certify and declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is 12255 El Camino Real, Suite 250, San Diego, California 92130.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on April 29, 2019, I served by United States mail, a true copy of the attached document titled exactly PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO SHOW CAUSE ORDER by mailing first class via U. S. Mail in an addressed, postage prepaid, sealed envelope to the undersigned parties:

| | |
|---|---|
| Ibrahim Nasser<br>P.O. Box 5626<br>Chula Vista, CA 91912 | Plaintiff Ibrahim Nasser<br>Pro Se |
| Serious Scents, Inc.<br>P. O. Box 5626<br>Chula Vista, CA 91912 | Plaintiff Serious Scents, Inc.<br>Pro Se |

EXECUTED this 29th day of April, 2019, at San Diego, California.

/s/ Margaret R. Chapman

